3/28/19

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Candace Melissa Keyes**

Debtor(s)

Case No. **19-30312-tmb13**
CHAPTER 13 CONFIRMATION
WORKSHEET

Attorney: ~~ALEXZANDER CJ ADAMS~~ Jake Braunstein

Trustee: Wayne Godare

**Present:** Debtor ( ) Jt. Debtor ( ) Attorney ( )   Conf. Hrg Date/Time: 03/28/2019 09:00 AM

**Creditors In Attendance:** Patricia Lulay (Wilmington Savings Fund)

---

____ **Dismiss Since:** ____ (1) Payments Not Received by Trustee ____ (2) Domestic Support Obligations Not Current
____ (3) Trustee OBJ. TO CONF.; OR ____ (4) Grant Motion to Dismiss from _____

____ **Enter Confirmation Order:** ____ Subject to Objections W/In ____ Days By _____
____ Enter OCP Order ____ Fee Reduction ____ Send Letter

____ **Enter Order: Denying Confirm** ____ Days to File Amended Plan
Reason: ____ (1) Unable to Comply ____ (2) More Than 36/60 Mo. ____ (3) Debtor wants to File Amended Plan
(4) _____

____ **Enter Order re Tax Returns Owed:** ____ IRS ____ ODR ____ OTHER: _____
Returns Due Within ____ Days

____ **Enter Service Order** ____ Fee Reduction ____ Send Letter

✓ **Adjourn Confirmation Hearing:** ✓ Notice given in Ct.; OR Notify ____ (1) All Interested Parties:
or ____ (2) Debtor, Attorney, Trustee, Objecting Creditors and _____
Date, etc: 5-23-19 @ 1:30  Evidentiary ____ Hours ____ Bend: ____

**Objecting Creditor:** Trustee
Value: ____ D ____ C ____ Feasibility: ____ Good Faith: ____
       ____ D ____ C ____ Failure to Make Postpetition Payments: ____
Int Rate: ____ D ____ C ____ Failure to Assume or Reject Executory Contract: ____

---

**Objecting Creditor:** Wilmington Savings Fund Society FSB *
Value: ____ D ____ C ____ Feasibility: ____ Good Faith: ____
       ____ D ____ C ____ Failure to Make Postpetition Payments: ____
Int Rate: ____ D ____ C ____ Failure to Assume or Reject Executory Contract: ____

* not served properly, but creditor has appeared now through counsel.